BURRITT INTERFINANCIAL BANCORPORATION *v.*
ELIO CAPUANO ET AL.
(12871)

O'CONNELL, FOTI and LAVERY, Js.

Argued March 21—decision released April 25, 1995

*Dale H. King,* for the appellants (named defendant et al.).

*Glory M. Lena,* with whom, on the brief, was *William S. Fish, Jr.,* for the appellee (substitute plaintiff).

PER CURIAM. The judgment is affirmed.